

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-20-00101-CV

---

### IN THE MATTER OF THE MARRIAGE OF SHEILA DIANE FISHER
### AND DARRELL WAYNE FISHER

---

On Appeal from the 429th District Court
Collin County, Texas
Trial Court No. 429-00005-2019

---

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Burgess

## MEMORANDUM OPINION

The appellant has filed a motion with this Court seeking to voluntarily dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.

Ralph K. Burgess
Justice

Date Submitted:     April 5, 2021
Date Decided:     April 6, 2021